| | | | | |
|---|---|---|---|---|
| | Pevima ch# 3422 | 8/19/2020 | 19,200.00 | Patek - Ray |
| | Chase # 8809 | 9/17/2020 | 12,611.00 | Rolex - Victor |
| | Chase # 8809 | 11/5/2020 | 8,583.00 | Rolex - Victor Wife |
| | Chase # 8809 | 10/30/2020 | 7,311.00 | Rolex Esperanza |
| | Chase # 8809 | 10/30/2020 | 15,208.00 | Rolex -TT  Submariner Blue Dial |
| Citi # 0387 $5,000.00 | Amazon #1247 $5,544.00 | 9/17/2020 | 10,544.00 | Rolex - Date Just Blue Dial |
| | | | **73,457.00** | |

GOVERNMENT EXHIBIT

1:24-MJ-2479-Reid

No. 39