UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-02479-LMR-CIV-STRAUSS

United States of America

       Plaintiff,

vs.

Dan Rotta

       Defendant

_____/

## NOTICE OF SATISFACTION OF BOND CONDITIONS

Dan Rotta ("Rotta"), through his undersigned counsel, hereby provides notice, consistent with the Court's Paperless Order of March 19, 2024, that the receipt of the full $2 million required under the special conditions of the Defendant's bond has been received into the undersigned's client trust account.

*(Attorney Signature on Following Page)*

1

Dated:  March 20, 2024

Respectfully submitted,

/s/ *Jed Dwyer*
JARED DWYER
Florida Bar No. 104082
dwyerje@gtlaw.com
BENJAMIN J. KATZ
Florida Bar No. 272219
Benjamin.Katz@gtlaw.com
EMILEY PAGRABS
Florida Bar No.
pagrabse@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Telephone:  305.579.0500
Facsimile:  305.579.0717

*Attorneys for Dan Rotta*