UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-02479-LMR

United States of America

    Plaintiff,

vs.

Dan Rotta

    Defendant

_____/

## WAIVER OF APPEARANCE AT ARRAIGNMENT

Pursuant to Federal Criminal Rule of Criminal Procedure 10(b), Dan Rotta, through the below signed waiver, waives his appearance at the arraignment scheduled for March 25, 2024, at 10 am.

In support, Dan Rotta states the following: *I, Dan Rotta, have received a copy of the indictment in this matter. I waive my appearance at arraignment. I affirm that my plea is not guilty.*

Therefore, Dan Rotta requests that, pursuant to Federal Rule of Criminal Procedure 10(b), the Court accept this waiver, waive his appearance at the arraignment and enter a not guilty plea.

_____       _____
Dan Rotta                                                         Jed Dwyer
Defendant                                                     Counsel for Dan Rotta

Dated: March 21, 2024                    Respectfully submitted,

/s/ *Jared Dwyer*
JARED DWYER
Florida Bar No. 104082
dwyerje@gtlaw.com
BENJAMIN J. KATZ
Florida Bar No. 272219
Benjamin.Katz@gtlaw.com
EMILEY PAGRABS
Florida Bar No.
pagrabse@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717
Attorneys for Dan Rotta